UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| RANDY D. WATERBURY, | Civil No. 2:21-CV-01300-TLF |
| Plaintiff, | |
| vs. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Based on the stipulation of the parties, it is hereby ORDERED that the above-captioned case be reversed and remanded, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings. On remand, the Appeals Council will direct the Administrative Law Judge to:

- Obtain supplemental testimony from vocational expert regarding the claimant's past relevant work, paying particular attention to whether the claimant lasted long enough at the job to be able to learn it, in accordance with 20 C.F.R. §§404.1560, 416.960.

- Offer the claimant an opportunity for a new hearing and reevaluate the severity of the claimant's impairments, the claimant's subjective complaints, the opinion evidence, and the residual functional capacity assessment, as needed.

- Continue with the sequential evaluation and issue a new decision.

Upon proper presentation, this Court will consider Plaintiff's application for costs and attorney's fees under 28 U.S.C. § 2412(d).

DATED this 15th day of March 2022.

_____
UNITED STATES MAGISTRATE JUDGE

Presented by:

s/ Katherine B. Watson
KATHERINE B. WATSON
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone:  (206) 615-2139
Fax:  (206) 615-2531
katherine.watson@ssa.gov